UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADWA KORKIS,,

        Plaintiff(s),

                                                  Case No. 11-13827

vs.

                                                  HON. GEORGE CARAM STEEH

ALLSTATE INSURANCE COMPANY,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 15, 2012 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

        SO ORDERED.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: July 31, 2012

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
July 31, 2012 by electronic and/or ordinary mail.

                                        s/Marcia Beauchemin
                                        Deputy Clerk